1096

[No. 58093-1-I. Division One. August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCELLIS
CHRISTOPHER KING, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-08847-4, Ronald Kessler, J., entered April
10, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58107-4-I. Division One. August 6, 2007.]

ARRETTA PRICE, *Appellant*, v. AMBER L. COZETTE PRICE ET AL.,
*Defendants*, ANITA SUE PRICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 04-2-00385-0, Susan K. Cook, J., entered
March 9, 2006. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Agid and Ellington, JJ.

[No. 58148-1-I. Division One. August 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE JORDACHE
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-13676-2, Nicole MacInnes, J., entered
May 1, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58197-0-I. Division One. August 6, 2007.]

THE CITY OF BELLEVUE, *Respondent*, v. STEPHEN O'CONNELL,
*Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 05-1-12611-2, Theresa B. Doyle, J., entered
April 11, 2006. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Cox and Dwyer, JJ.